IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYES Y. RIOS,

    Petitioner,                      No. CIV S-06-1047 MCE GGH P

    vs.

K. MENDOZA-POWERS, et al.,

    Respondents.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In 1988 petitioner was convicted of second degree murder and sentenced to 16 years to life. Petition, p. 1. Petitioner challenges the 2005 decision by the California Board of Prison Hearings (BPH) finding him unsuitable for parole on grounds that the decision was not supported by sufficient evidence.

        On May 7, 2007, petitioner filed a notice of change of address indicating that he has been released on parole. Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot.

DATED: 5/18/07                                      /s/ Gregory G. Hollows

ri1047.osc                                          UNITED STATES MAGISTRATE JUDGE

1